UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA MILEY

      Plaintiff,

v.

COMCAST OF ARKANSAS/FLORIDA/
LOUISIANA/MINNESOTA/MISSISSIPPI/
TENNESSEE, LLC, and FMS INVESTMENT CORP.

      Defendants.
_____/

Case No. 8:18-cv-00764-JSM-CPT

## ORDER GRANTING JOINT STIPULATION
## TO COMPEL ARBITRATION AND STAY ACTION

This matter comes before the Court on Plaintiff Victoria Miley and Defendant Comcast of Arkansas/Florida/Louisiana/Minnesota/Mississippi/Tennessee, LLC's Joint Stipulation to Compel Arbitration and Stay Action (Dkt. 13) filed on May 17, 2018. The parties jointly move to compel arbitration and stay this case pending arbitration as the Comcast Agreement for Residential Services (the "Subscriber Agreement") between them contains an arbitration provision that covers the scope of this dispute. As a result, the Court grants the parties' request to arbitrate and stay this case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Victoria Miley and Defendant Comcast of Arkansas/Florida/ Louisiana/Minnesota/Mississippi/Tennessee, LLC's Joint Stipulation to Compel Arbitration and Stay Action (Dkt. 13) is **GRANTED.**

(2) All proceedings in this action are **STAYED** until notification by the parties that

arbitration has been completed and that the stay is due to be lifted, or the case is due to be dismissed. The parties shall notify the Court of such matters within **seven (7) days** of the conclusion of the arbitration proceedings.

(3) The parties are **DIRECTED** to file a joint written status report regarding the status of arbitration every **one hundred and twenty (120) days** until the conclusion of the arbitration proceedings; alternatively, the parties may file appropriate dispositional documents to close this case.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of May, 2018.

_____
James S. Moody, Jr.
United States District Judge

Copies furnished to:
Counsel/Parties of Record